# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Robert Zappulla,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>United States of America, through the United States Postal Service, an agency of the Government of the United States of America; Does 1-10; Roe Corporations I-X,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00901-GMN-NJK<br>**Order Granting**<br>**Stipulation to Extend the United States' Deadline to Answer** |

Plaintiff Robert Zappulla and the United States of America, through counsel, hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint on May 7, 2021.

2. Plaintiff served the United States with a copy of the Summons and Complaint on May 20, 2021.

3. The current deadline for Defendants to answer or otherwise respond is July 19, 2021.

4. Plaintiff plans to file an amended complaint.

5. The parties have agreed that after Plaintiff files his amended complaint, the United States shall have 30 days to file an answer or other responsive pleading to the amended complaint.

6. This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for an answer or other responsive pleading to 30 days after Plaintiff files his amended complaint.

Respectfully submitted this 29th day of June 2021.

| Greenman Goldberg Raby & Martinez | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ William T. Martin<br>WILLIAM T. MARTIN<br>Greenman Goldberg Raby & Martinez<br>2270 S. Maryland Parkway, Suite 100<br>Las Vegas, Nevada 889109<br>wmartin@ggrmlawfirm.com | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

*Attorneys for Plaintiff*

Plaintiff must file his amended complaint no later than July 14, 2021. Defendants must file their response no later than August 13, 2021.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 30, 2021