# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Robert Zappulla,

      Plaintiff,

  v.

United States of America,

      Defendant.

Case No. 2:21-cv-00901-CDS-NJK

**ORDER GRANTING**
**Stipulation to Extend Remaining Deadlines (Third Request)**

Pursuant to LR 26-3, the parties, by and through their respective counsel of record, stipulate and request that this Court extend all remaining deadlines by sixty (60) days. This is the third request for an extension of time.

    **A.**     **Discovery Completed**

        1.     On May 7, 2021, Plaintiff filed his Complaint. ECF No. 1.

        2.     On July 13, 2021, Plaintiff filed his First Amended Complaint. ECF No. 8.

        3.     On August 13, 2021, the United States filed its Answer. ECF No. 9.

        4.     On September 22, 2021, the parties submitted a Joint Discovery Plan and Scheduling Order. ECF No. 10.

        5.     On September 23, 2021, the Court entered a Joint Proposed Discovery Plan and Scheduling Order. ECF No. 11.

        6.     On October 8, 2021, Plaintiff served his initial FRCP 26(a)(1) disclosures.

7.     On October 12, 2021, the United States served its initial FRCP 26(a)(1) disclosures.

8.     On October 18, 2021, Plaintiff provided an executed HIPAA release.

9.     On February 4, 2022, Defendant took Plaintiff's deposition.

10.    On February 18, 2022, the United States issued and served 15 subpoenas on the following medical providers and other third-parties: Advanced Orthopedics & Sports Medicine, Anesthesiology Consultants, JRJ Investments, Inc. dba Audi Las Vegas, CCSMI, Clinical Neurology Specialists, Desert Radiology, Kinex Medical Company, LLC, Orthopedic Institute of Henderson, Primary Care Consultants, Steinberg Diagnostic Medical Imaging, Select Physical Therapy, Southern Hills Hospital & Medical Center, The Spine & Brain Institute, UMC Hospital, and UMR, Inc.

While the United States has received various records or responses from these providers and third-parties, the United States is currently following-up on providers that have not responded as of yet. With the pandemic, medical providers are taking longer than usual to process, fulfill, and comply with subpoenas. Further, the United States requires additional time to process and produce the records already received and continues to receive.

11.    On April 21, 2022, Plaintiff inspected the USPS vehicle.

**B.     Discovery Remaining**

The discovery that remains to be completed includes:

1.     Written discovery.

2.     Depositions of treating physicians, and other necessary third-parties.

3.     Subpoena and production of additional medical records and billing.

4.     Expert disclosures and depositions.

5.     Any discovery contemplated under the Federal Rules of Civil Procedure.

**C.     Reason for Requested Extension**

This case involves a motor vehicle-pedestrian accident that occurred in the parking lot of a car dealership. The medical records in this case are expansive. As such, the parties

have exchanged medical records and administrative claim records and are currently attempting to obtain and still receiving additional medical records, as well as other records, from third-parties. The U.S. Attorney's Office has experienced delays in obtaining and processing these records due to limited staffing and continued teleworking. In addition, scheduling depositions at agreeable dates took more time than expected. Therefore, the parties seek to extend discovery sixty (60) days to the give the parties ample time to obtain, process, and produce additional medical records and obtain transcripts of fact witness depositions before the current expert disclosure deadline of May 10, 2022. This request for an extension of time is not sought for delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery. This extension is being sought after the 21-day deadline provided by LR 26-3. However, excusable neglect exists due to the short staffing of civil defensive AUSA's and the additional caseload resulting therefrom.

### D. Proposed revised schedule

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| **Discovery Cut-Off** | July 11, 2022 | **September 9, 2022** |
| **Expert Disclosure Deadline** | May 10, 2022 | **July 11, 2022** |
| **Rebuttal Expert Disclosure Deadline** | June 10, 2022 | **August 9, 2022** |
| **Dispositive Motion Deadline** | August 8, 2022 | **October 7, 2022** |
| **Proposed Joint Pre-Trial Order** | September 9, 2022 | **November 8, 2022** |

WHEREFORE, the parties respectfully request that this Court extend the remaining deadlines by sixty (60) days and the other dates as outlined in accordance with the table above.

DATED this 22nd day of April 2022.   DATED this 22nd day of April 2022.

| GREENMAN GOLDBERG RABY & MARTINEZ | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| By: /s/ *William Martin*<br>William Martin<br>2770 S. Maryland Pkwy, Ste. 100<br>Las Vegas, NV 89109<br>*Attorney for Plaintiff* | By: /s/ *Skyler H. Pearson*<br>Skyler H. Pearson<br>Assistant United States Attorney<br>501 S. Las Vegas Boulevard, Suite 1100<br>Las Vegas, Nevada 89118<br>*Attorney for the United States* |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED:**

DATED  April 25, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**