JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Robert Zappulla,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>    Defendant. | Case No. 2:21-cv-00901-GMN-NJK<br><br>**Stipulation to Stay Deadline to File Proposed Joint Pre-Trial Order** |

Plaintiff Robert Zappulla, and Defendant United States of America, through counsel, requested that the Court set this matter for a settlement conference before a United States Magistrate Judge pursuant to Local Rules IB 1-7(b) and 16-5. The Court granted the parties' stipulation and set this matter for a settlement conference to be held on November 10, 2022 at 10:00 A.M. The parties requested (ECF No. 22) and the Court granted a continuance of the settlement conference until January 23, 2023 at 10:00 A.M. (ECF No. 24).

///
///
///
///
///
///

The parties believe that the settlement conference may lead to a resolution of this case. Accordingly, the parties request that the deadline to file a proposed Joint Pre-Trial Order be stayed pending the outcome of the settlement conference.

Respectfully submitted this 27th day of October 2022.

| | |
|---|---|
| GREENMAN GOLDBERG RABY & MARTINEZ | JASON M. FRIERSON<br>United States Attorney |
| By: /s/ *William Martin*<br>William Martin<br>2770 S. Maryland Pkwy, Ste. 100<br>Las Vegas, NV 89109<br>*Attorney for Plaintiff* | By: /s/ *Skyler H. Pearson*<br>Skyler H. Pearson<br>Assistant United States Attorney<br>501 S. Las Vegas Boulevard, Suite 1100<br>Las Vegas, Nevada 89118<br>*Attorney for the United States* |

**IT IS SO ORDERED:**

**DATED this** 28th **day of** October **2022.**

_____
**UNITED STATES MAGISTRATE JUDGE**