# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. ZAPULLA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:21-cv-00901-CDS-NJK<br><br>**Order**<br><br>[Docket No. 34] |

Pending before the Court is the parties' joint status report. Docket No. 34. In the joint status report, the parties request that the Court grant a 30-day extension to file a stipulation of dismissal. *Id.* Requests for relief from the Court must be formatted as a stipulation or motion. Local Rules IA 6-1, 7-1(b); *see also* Fed. R. Civ. P. 7(b).

The Court construes the parties' joint status report as a stipulation to extend the time to file a stipulation of dismissal. Accordingly, the Court **GRANTS** the parties' request. A stipulation of dismissal and proposed order must be submitted no later than April 24, 2023. The Court expects the parties to fully comply with this Court's Local Rules in all future filings.

IT IS SO ORDERED.

Dated: March 21, 2023

_____
Nancy J. Koppe
United States Magistrate Judge