# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. ZAPULLA,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 2:21-cv-00901-CDS-NJK<br><br>**Order** |

The Court ordered the parties to file a stipulation of dismissal and proposed order no later than April 24, 2023. Docket No. 35. To date, the parties have not filed dismissal documents. *See* Docket. Accordingly, the parties are **ORDERED** to file a stipulation of dismissal and proposed order no later than May 3, 2023.

IT IS SO ORDERED.

Dated: April 26, 2023

                                                                                                    _____
                                                                                                    Nancy J. Koppe
                                                                                                    United States Magistrate Judge