**DILLON G. COIL, ESQ.**
Nevada Bar No. 11541
**RYAN A. LOOSVELT, ESQ.**
Nevada Bar No. 8550
**GGRM LAW FIRM**
2770 S. Maryland Pkwy., Ste. 100
Las Vegas, NV  89109
Phone:  702.384.1616 ~ Fax: 702.384.2990
Email: dcoil@ggrmlawfirm.com
           rloosvelt@ggrmlawfirm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ROBERT ZAPPULLA,<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | CASE NO.: 2:21-cv-00901-CDS-NJK |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

///

///

///

///

///

///

///

1

IT IS HEREBY STIPULATED by and between the Plaintiff, ROBERT ZAPPULLA, by and through his counsel of record, DILLON G. COIL, ESQ of the GGRM LAW FIRM, and Defendant, UNITED STATES OF AMERICA, by and through its counsel of record, SKYLER H. PEARSON, ESQ., that the above-entitled matter be dismissed with prejudice. Each party will bear their own costs and attorney's fees. The Clerk of Court may close this case.

Respectfully submitted this 2nd day of May, 2023.

| GGRM LAW FIRM | JASON M. FRIERSON |
|---|---|
| | United States Attorney |
| /s/Dillon G. Coil_____ | /s/Skyler H. Pearson_____ |
| DILLON G. COIL, ESQ. | SKYLER H. PEARSON, ESQ. |
| Nevada Bar No. 11541 | Nevada Bar Number 7709 |
| 2770 S. Maryland Pkwy., Ste. 100 | Assistant United States Attorney |
| Las Vegas, NV 89109 | 501 S. Las Vegas Boulevard, Ste. 1100 |
| *Attorney for Plaintiff* | Las Vegas, Nevada 89118 |
| | *Attorney for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED: May 3, 2023**

2